UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
PEDRO ALMONTE, et al,

                                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et al,

                                              Defendants.
-------------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

22-CV-2903 (JPC)

        **PLEASE TAKE NOTICE** that **Ramy Louis**, Senior Counsel, appears as counsel of record on behalf of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant The City of New York.

Dated: New York, New York
         July 18, 2022

                                      HON. SYLVIA O. HINDS-RADIX
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendant City of New York*

                                               /s/ *Ramy Louis*
            By:  _____
                    Ramy Louis
                    Senior Counsel
                    Special Federal Litigation Division
                    New York City Law Department
                    100 Church Street
                    New York, New York 10007
                    212.356.2386

To:    All Counsel of Record (via ECF)