UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                :

PEDRO ALMONTE, *et al.*,                   :

                                        Plaintiffs,           :          22 Civ. 2903 (JPC) (OTW)

                  -v-                                     :          <u>ORDER OF REFERENCE
                                                                                     TO A MAGISTRATE
THE CITY OF NEW YORK, *et al.*,      :                       JUDGE</u>

                              Defendants.         :

------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      This action is referred to the Honorable Ona T. Wang for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |
| ☐ | Inquest After Default/Damages Hearing | | |

SO ORDERED.

Dated: January 12, 2023
       New York, New York                       _____
                                                             JOHN P. CRONAN
                                                          United States District Judge