UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PEDRO ALMONTE, et al.,

        Plaintiffs,

        -against-

THE CITY OF NEW YORK, et al.,

        Defendants.
------------------------------------------------------------x

22-CV-2903 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Case Management Conference scheduled for April 4, 2023 is hereby converted to a **telephonic** conference. The dial-in information is (866) 390-1828, access code 1582687.

    **SO ORDERED.**

Dated: April 3, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge