**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PEDRO ALMONTE, et al.,

               Plaintiffs,

               -against-

THE CITY OF NEW YORK, et al.,

               Defendants.

------------------------------------------------------------x

22-CV-2903 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall file monthly joint status letters on the docket on the last business Friday of each month. The parties shall report on the status of discovery and any outstanding disputes in each status letter.

    **SO ORDERED.**

Dated: April 4, 2023
       New York, New York

                                    *s/ Ona T. Wang*
                                    **Ona T. Wang**
                                    United States Magistrate Judge