


**CIVILIAN COMPLAINT REVIEW BOARD**
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

BILL DE BLASIO
MAYOR

FREDERICK DAVIE
CHAIR

March 10, 2020

Mr. Heury Almonte

Re: CCRB case number 201902985

Dear Mr. Almonte:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| Allegation(s) by letter: | | Board Finding(s): |
|---|---|---|
| A) | Abuse of Authority: Detective Kevin Harding entered 75 Sherman Avenue, Apartment 54, in Manhattan. | Exonerated |
| B) | Force: An officer used physical force against an individual. | Unsubstantiated |
| C) | Force: An officer used physical force against an individual. | Unsubstantiated |
| D) | Force: An officer used physical force against an individual. | Unsubstantiated |
| E) | Force: An officer struck an individual with a . | Unsubstantiated |
| F) | Force: An officer struck an individual with a . | Unsubstantiated |
| G) | Force: Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Detective Claudio Paula used physical force against Heury Almonte. | Exonerated |
| H) | Force: Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Police Officer Robert Divers used physical force against Heury Almonte. | Exonerated |
| I) | Force: | Exonerated |

CCRB CTS - Confidential

|   |   |   |
|---|---|---|
|   | An officer used physical force against an individual. |   |
| J) | Force: An officer used physical force against an individual. | Exonerated |
| K) | Discourtesy: An officer spoke discourteously to an individual. | Unsubstantiated |
| L) | Discourtesy: Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Detective Claudio Paula spoke discourteously to Heury Almonte. | Unsubstantiated |
| M) | Abuse of Authority: An officer damaged an individual's property. | Officer(s) Unidentified |
| N) | Abuse of Authority: At the 34th Precinct stationhouse, Police Officer Senia Taveras did not process Heury Almonte's complaint regarding officers. | Substantiated (Command Lvl Instructions) |

For an explanation of Board findings, please refer to the enclosed form, which details what each finding means.

In this case, the Board also substantiated one or more allegations raised by the complaint. Under New York City law, the Civilian Complaint Review Board has the authority to investigate certain types of complaints against police officers, make findings of fact, and forward its recommendations to the Police Commissioner. Only the Police Commissioner has the authority to actually impose discipline against a police officer. Consequently, the CCRB is forwarding this case to the Police Commissioner and the Department Advocate's Office of the New York City Police Department, which is responsible for prosecuting administrative charges against police officers. Please be aware that in certain cases police officers are entitled by law to an administrative hearing before the Department can impose disciplinary penalties; in such a case you may be asked by the Department Advocate's Office to testify at an administrative proceeding.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

If you have any questions about the current status of your case, please contact the CCRB at (212) 912-7235.

Sincerely,

Jonathan Darche
Executive Director

Enclosure

CCRB CTS - Confidential

DEF_0486

 

# CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

BILL DE BLASIO
MAYOR

FREDERICK DAVIE
CHAIR

March 10, 2020

Mr. Genaro Almonte
█████████████████

Re: CCRB case number 201902985

Dear Mr. Almonte:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| Allegation(s) by letter: | | Board Finding(s): |
|---|---|---|
| A) | Abuse of Authority: Detective Kevin Harding entered 75 Sherman Avenue, Apartment 54, in Manhattan. | Exonerated |
| B) | Force: Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Detective Claudio Paula struck Genaro Almonte with a collapsible baton. | Unsubstantiated |
| C) | Force: Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Police Officer Robert Divers used physical force against Genaro Almonte. | Exonerated |

For an explanation of Board findings, please refer to the enclosed form, which details what each finding means.

In this case, the Board also substantiated one or more allegations raised by the complaint. Under New York City law, the Civilian Complaint Review Board has the authority to investigate certain types of complaints against police officers, make findings of fact, and forward its recommendations to the Police Commissioner. Only the Police Commissioner has the authority to actually impose discipline against a police officer. Consequently, the CCRB is forwarding this case to the Police Commissioner and the Department Advocate's Office of the New York City Police Department, which is responsible for prosecuting administrative charges against police officers. Please be aware that in certain cases police officers are entitled by law to an administrative hearing before the Department can impose disciplinary penalties; in such a case you may be asked by the Department Advocate's Office to testify at an administrative proceeding.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

CCRB CTS - Confidential

DEF_0487

If you have any questions about the current status of your case, please contact the CCRB at (212) 912-7235.

Sincerely,

Jonathan Darche
Executive Director

Enclosure

 

# CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

BILL DE BLASIO
MAYOR

FREDERICK DAVIE
CHAIR

March 10, 2020

Ms. Xiomara Almonte
███████████████████

Re: CCRB case number 201902985

Dear Ms. Almonte:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| Allegation(s) by letter: | | Board Finding(s): |
|---|---|---|
| A) | Abuse of Authority: Detective Kevin Harding entered 75 Sherman Avenue, Apartment 54, in Manhattan. | Exonerated |
| B) | Force: Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Detective Kevin Harding used physical force against Xiomara Almonte. | Exonerated |
| C) | Abuse of Authority: Inside 75 Sherman Avenue, Apartment 54, in Manhattan, officers damaged Genaro Almonte's and Xiomara Almonte's property. | Officer(s) Unidentified |

For an explanation of Board findings, please refer to the enclosed form, which details what each finding means.

In this case, the Board also substantiated one or more allegations raised by the complaint. Under New York City law, the Civilian Complaint Review Board has the authority to investigate certain types of complaints against police officers, make findings of fact, and forward its recommendations to the Police Commissioner. Only the Police Commissioner has the authority to actually impose discipline against a police officer. Consequently, the CCRB is forwarding this case to the Police Commissioner and the Department Advocate's Office of the New York City Police Department, which is responsible for prosecuting administrative charges against police officers. Please be aware that in certain cases police officers are entitled by law to an administrative hearing before the Department can impose disciplinary penalties; in such a case you may be asked by the Department Advocate's Office to testify at an administrative proceeding.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

CCRB CTS - Confidential

If you have any questions about the current status of your case, please contact the CCRB at (212) 912-7235.

Sincerely,

Jonathan Darche
Executive Director

Enclosure




# CIVILIAN COMPLAINT REVIEW BOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

BILL DE BLASIO
MAYOR

FREDERICK DAVIE
CHAIR

March 10, 2020

Mr. Pedro Almonte

Re: CCRB case number 201902985

Dear Mr. Almonte:

Following a thorough and impartial investigation by the Civilian Complaint Review Board's investigative staff, the Board reviewed the evidence regarding the above-referenced complaint. I am now writing to inform you of the Board's findings on the allegation(s) raised by this complaint.

| Allegation(s) by letter: | | Board Finding(s): |
|---|---|---|
| A) | Abuse of Authority:<br>Detective Kevin Harding entered 75 Sherman Avenue, Apartment 54, in Manhattan. | Exonerated |
| B) | Force:<br>Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Detective Kevin Harding used physical force against Pedro Almonte. | Unsubstantiated |
| C) | Force:<br>Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Detective Claudio Paula used physical force against Pedro Almonte. | Unsubstantiated |
| D) | Force:<br>Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Police Officer Robert Divers used physical force against Huery Almonte. | Unsubstantiated |
| E) | Force:<br>Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Detective Claudio Paula struck Pedro Almonte with a collapsible baton. | Unsubstantiated |
| F) | Discourtesy:<br>Inside 75 Sherman Avenue, Apartment 54, in Manhattan, Police Officer Robert Divers spoke discourteously to Huery Almonte. | Unsubstantiated |

CCRB CTS - Confidential

DEF_0491

For an explanation of Board findings, please refer to the enclosed form, which details what each finding means.

In this case, the Board also substantiated one or more allegations raised by the complaint. Under New York City law, the Civilian Complaint Review Board has the authority to investigate certain types of complaints against police officers, make findings of fact, and forward its recommendations to the Police Commissioner. Only the Police Commissioner has the authority to actually impose discipline against a police officer. Consequently, the CCRB is forwarding this case to the Police Commissioner and the Department Advocate's Office of the New York City Police Department, which is responsible for prosecuting administrative charges against police officers. Please be aware that in certain cases police officers are entitled by law to an administrative hearing before the Department can impose disciplinary penalties; in such a case you may be asked by the Department Advocate's Office to testify at an administrative proceeding.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board appreciates your willingness to participate in this extremely important process.

If you have any questions about the current status of your case, please contact the CCRB at (212) 912-7235.

Sincerely,

Jonathan Darche
Executive Director

Enclosure