**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
PEDRO ALMONTE, et al.,  :
: 
                Plaintiffs,  :        22-CV-2903 (JPC) (OTW)
: 
                -against-  :        **SCHEDULING ORDER**
: 
THE CITY OF NEW YORK, et al.,  :
: 
                Defendants.  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Pre-Settlement Conference Call on March 12, 2024. The Court will hold a follow-up Pre-Settlement Conference Call on **Tuesday, April 9, 2024 at 2:00 p.m.** The dial in information is (866) 390-1828, access code 1582687. Before the April 9, 2024 call, the parties are directed to discuss the issues raised at the conference.

       **SO ORDERED.**

                                                          _s/ Ona T. Wang_
Dated: March 12, 2024                                  **Ona T. Wang**
      New York, New York                        United States Magistrate Judge