UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO ALMONTE; HEURY ALMONTE;
GENARO ALMONTE; XIOMARA
ALMONTE; ANABEL ALMONTE, on
behalf of her minor child, **C.A.**;

Plaintiffs,

-against-

THE CITY OF NEW YORK, DETECTIVE
PEDRO ROCHE; JOHN DOES 1–4;

Defendants.

Case No. 22-cv-2903

**INFANT COMPROMISE ORDER**

Upon the declaration of the adult Plaintiff herein, Anabel Almonte, signed on August 13, 2024, and the declaration of Sara Wolkensdorfer, co-counsel for Plaintiffs, signed on August 14, 2024, and due deliberation having been had thereon, and upon consideration of the issues and claims in the litigation, and the parties having settled this case, and it appearing that the best interest of the Infant Plaintiff would be served by approval of the proposed compromise in settlement, now, on the motion of Sara Wolkensdorfer, attorney for Infant Plaintiff herein, it is hereby;

ORDERED, that Plaintiff Anabel Almonte is hereby authorized and empowered, in the interest of herself and her child C.A., born in 2016, to settle and compromise her claims against Defendants for $13,000.00. The settlement amount shall be apportioned as follows: $757.09 in costs, deducted from the $13,000.00, which is one-fifth of the total costs incurred litigating the claims for all five Plaintiffs; One-third of the net settlement of $12,242.91 ($13,000.00 minus $757.09) in attorneys' fees to Rickner PLLC and Glenn A. Garber PC, totaling $4,080.97; and, $8,161.94 to the Infant Plaintiff C.A., to be distributed as outlined below; and it is further

ORDERED, that the sum of eight thousand one hundred and sixty-one dollars and ninety-four cents ($8,161.94) is to be received by Plaintiff and deposited into an interest-bearing savings account at a bank selected by Plaintiff Anabel Almonte, to be held for C.A. and distributed in the following manner: (1) the full balance (100%), including accrued interested, will be released to C.A. on her 18th birthday in the year 2034; and it is further

ORDERED, that in the event of death of the Infant Plaintiff prior to the payment date set forth above, and in the event that the Infant Plaintiff has not designated a beneficiary, payment shall be made to the estate of said Infant Plaintiff; and it is further

ORDERED, that the agreed upon costs and attorneys' fees be paid; and it is further

~~ORDERED, that this Court retains jurisdiction of this action for purposes of enforcement and modification of this Infant Compromise and the underlying settlement.~~

Dated: New York, New York
       August 15, 2024

                                            SO ORDERED:

                                            _____
                                            Hon. John P. Cronan, U.S.D.J.

The parties are reminded that, pursuant to Individual Civil Rule 3.G, the parties must "place the terms of their settlement agreement on the public record" for the Court to retain jurisdiction over the settlement. The parties are accordingly directed to file either the settlement agreement itself or a stipulation of dismissal incorporating the terms of the agreement on the docket by August 22, 2024 if they wish for the Court to retain jurisdiction. If the parties do not wish for the Court to retain jurisdiction, they are advised to file either a status letter or dismissal paperwork by the same date. *See Hendrickson v. United States*, 791 F.3d 354, 359-60 (2d Cir. 2015).